Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

**VA 2-446-867**

**Effective Date of Registration:**
February 17, 2025
**Registration Decision Date:**
May 28, 2025



## Title

**Title of Work:** Forgetmenot 3

## Completion/Publication

**Year of Completion:** 2020
**Date of 1st Publication:** September 23, 2020
**Nation of 1st Publication:** Switzerland

## Author

- **Author:** Sabina Kulicka, dba Herbal Things
  **Author Created:** 2-D artwork
  **Citizen of:** Switzerland

## Copyright Claimant

**Copyright Claimant:** Sabina Kulicka, dba Herbal Things
Rue du Stade 2a, Chevroux, 1545, Switzerland

## Rights and Permissions

**Name:** Sabina Kulicka
**Email:** sabina_k@bluewin.ch
**Address:** Rue du Stade 2a
Chevroux 1545 Switzerland

## Certification

**Name:** David Denholm
**Date:** February 17, 2025
**Applicant's Tracking Number:** SK2025021701

Page 1 of 2

